Argued April 17, decided April 30, rehearing denied June 4, 1912.

**PILLOW v. DIEL.**

[123 Pac. 1135.]

From Hood River: WILLIAM L. BRADSHAW, Judge.

This is a suit to cancel, for fraud, a deed from plaintiff to the appellant, W. L. Diel, conveying certain lands in Hood River County, and for damages in the sum of $4,800, that sum representing the value of the lands conveyed, but later disposed of by Diel to innocent third parties prior to the bringing of this suit. There was a decree in the court below in favor of plaintiff as prayed for, and defendants appeal.          AFFIRMED.

For appellants there was a brief and an oral argument by *Mr. Edward T. Taggart.*

For respondent there was a brief and oral arguments by *Mr. Frank Schlegel* and *Mr. Claude Strahan.*

OPINION PER CURIAM. We have carefully considered the briefs and testimony in this case, and conclude that no errors of law appear in the record and that the decree

of the lower court is amply justified by the evidence. The findings and conclusions of law made by the circuit court are adopted as the findings and conclusions of this court, and the decree is affirmed.            AFFIRMED.